ROBERT D. PONCE (CA SBN 108069)
LAW OFFICES OF ROBERT D. PONCE
   787 Munras Ave., Suite 200
   Monterey, CA 93940
   Telephone 831-649-0515

Attorney for Plaintiff

*E-filed 3/24/06*

KEVIN V. RYAN (CA SBN 118321)
United States Attorney
Joann M. Swanson (CA SBN 88143)
Chief, Civil Division
Mark St. Angelo (CA SBN 74045)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5087

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARINA MINELLI, ) | No. C-05-2719 HRL |
|    Plaintiff, ) | |
| ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE, AND [PROPOSED] ORDER** |
| v. ) | |
| UNITED STATES OF AMERICA, et al., ) | |
|    Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Marina Minelli and defendant United States of America, that this case should be dismissed with prejudice because this matter has been settled, and that neither party shall be liable to the other for any costs of suit or attorney's fees.

Respectfully submitted,

LAW OFFICES OF ROBERT D. PONCE       KEVIN V. RYAN
                                          United States Attorney

_/s/ Robert D. Ponce_                    _/s/ Mark St. Angelo_
Robert D. Ponce                                Mark St. Angelo, Assistant U.S. Attorney
Attorney for Plaintiff                          Attorneys for Defendant
Dated: 1/25/06                                  Dated: 1/26/06

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk of the Court is hereby directed to enter on the docket the dismissal with prejudice of this case, and neither Defendant United States of America nor Plaintiff Marina Minelli shall have any liability to the other for any costs of suit or attorney's fees incurred in this action.

Date: 3/24/06

Hon. HOWARD R. LLOYD
United States Magistrate Judge